**U.S. COURT OF APPEALS**
**FILED**
APR 0 8 2013

**FIFTH CIRCUIT**
**LYLE W. CAYCE, CLERK**

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

ORDER

On March 14, 2013 the United States District Court for the Western District of Texas issued an order entitled "In Re: Stephen W. Boyd" removing Stephen W. Boyd from the roll of lawyers licenced to practice before the Western District of Texas. At the direction of the Chief Judge, IT IS ORDERED that Stephen W. Boyd's name shall be removed from the roll of attorneys admitted to practice in this court effective 35 days from the date of this order unless the court receives prior to that date a response from Boyd showing cause why his right to practice before this court should not be terminated.

See FRAP 46(b).

LYLE W. CAYCE
Clerk,
United States Court of Appeals for the Fifth Circuit

By _____
Shelley E. Saltzman, Deputy Clerk

A true copy
Test:
Clerk, U S. Court of Appeals, Fifth Circuit
By: _____
    Deputy
New Orleans, Louisiana   APR 0 8 2013

FOR THE COURT - BY DIRECTION
Address:
Clerk of Court, U.S. Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130